| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Guadalupe Rojas**  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0892**  <br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2  <br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  <br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois**  <br>Case number:   **18–26476** | Date case filed for chapter   **7**   **9/20/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| **1.** | **Debtor's full name** | Guadalupe Rojas | | |
| **2.** | **All other names used in the last 8 years** | aka Guadalupe Hernandez | | |
| **3.** | **Address** | 2541 S. Ridgeway Ave, Apt. 1 <br>Chicago, IL 60623 | | |
| **4.** | **Debtor's attorney**  <br>Name and address | David M Siegel  <br>David M. Siegel & Associates  <br>790 Chaddick Drive  <br>Wheeling, IL 60090 | | Contact phone 847 520–8100  <br>Email: davidsiegelbk@gmail.com |
| **5.** | **Bankruptcy trustee**  <br>Name and address | Norman B Newman  <br>Much Shelist, P.C.  <br>191 North Wacker Drive Ste 1800  <br>Chicago, IL 60606 | | Contact phone 312–521–2000  <br>Email: nnewman@muchshelist.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1−866−222−8029 Date: 9/21/18 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2018 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/17/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-26476-DRC
Guadalupe Rojas                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kcollopyn          Page 1 of 2          Date Rcvd: Sep 21, 2018
                        Form ID: 309A          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
```
db           +Guadalupe Rojas,    2541 S. Ridgeway Ave,,    Apt. 1,    Chicago, IL 60623-3831
27092059      Alivio Medical Center,    Dept A,    PO Box 88487,    Chicago, IL 60680-1487
27092062     +Borrowers First,    P.O. Box 503430,    San Diego, CA 92150-3430
27092073     +Dept of Human Services,    Bureau of collections,    PO Box 19407,    Springfield, IL 62794-9407
27092076     +First Associates Loan Servicing, LL,    2356 Moore Street,    Suite 104,
               San Diego, CA 92110-3018
27092077     +Javier Hernandez Gonzalez,    2858 S. Karlov Ave. 2nd Fl.,    Chicago, IL 60623-4439
27092085     +SYNCB/Pay Pal,    Bankrupcty Notice,    PO Box 5138,    Timonium, MD 21094-5138
27092089     +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
27092091      Velocity Investments,    1800 Route 34 N. Ste. 404A,    Wall, NJ 07719-9147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: davidsiegelbk@gmail.com Sep 22 2018 00:43:17     David M Siegel,
               David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr           +EDI: BNBNEWMAN.COM Sep 22 2018 04:33:00      Norman B Newman,   Much Shelist, P.C.,
               191 North Wacker Drive Ste 1800,    Chicago, IL 60606-1631
27092060      EDI: BANKAMER.COM Sep 22 2018 04:33:00      Bank of America,    PO Box 982238,
               El Paso, TX 79998-2235
27092061     +EDI: TSYS2.COM Sep 22 2018 04:33:00      Barclays Bank Delaware,    125 S. West St.,
               Wilmington, DE 19801-5014
27092063      EDI: CAPITALONE.COM Sep 22 2018 04:33:00      Cap One,    15000 Capital One Dr,
               Richmond, VA 23238
27092065     +EDI: WFNNB.COM Sep 22 2018 04:33:00      CB/Carsons,    PO Box 182789,    Columbus, OH 43218-2789
27092067      EDI: WFNNB.COM Sep 22 2018 04:33:00      CB/VICSCRT (Victoria Secret),    PO Box 182128,
               Columbus, OH 43218-2128
27092066      EDI: WFNNB.COM Sep 22 2018 04:33:00      CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
27092064     +EDI: CAPITALONE.COM Sep 22 2018 04:33:00      Cap One,    10700 Capital One Way,
               Richmond, VA 23060-9243
27092068     +EDI: CHASE.COM Sep 22 2018 04:33:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
27092069     +EDI: CITICORP.COM Sep 22 2018 04:33:00      Citi,    Attn: Bankruptcy Department,    PO Box 6241,
               Sioux Falls, SD 57117-6241
27092070      EDI: CITICORP.COM Sep 22 2018 04:33:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
27092071     +EDI: CITICORP.COM Sep 22 2018 04:33:00      Citibank NA,    PO Box 769006,
               San Antonio, TX 78245-9006
27092072     +EDI: WFNNB.COM Sep 22 2018 04:33:00      Comenity Bank/Carsons,    3100 Easton Square Pl.,
               Columbus, OH 43219-6232
27092074      EDI: DISCOVER.COM Sep 22 2018 04:33:00      Discover Bank,    PO Box 15316,
               Wilmington, DE 19850
27092075     +EDI: DISCOVER.COM Sep 22 2018 04:33:00      Discover Bank,    Discover Products, Inc.,
               PO Box 3025,    New Albany, OH 43054-3025
27092079      EDI: TSYS2.COM Sep 22 2018 04:33:00      MACYSDSNB,    911 Duke Blvd.,    Mason, OH 45040
27092078     +EDI: TSYS2.COM Sep 22 2018 04:33:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
27092080     +E-mail/Text: bankruptcynotices@sba.gov Sep 22 2018 00:43:31      SBA,
               U.S. Small Business Administration,    409 3rd St., SW,    Washington, DC 20416-0005
27092082      EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/Care Credit,    Bankruptcy Department,
               PO Box 965061,    Orlando, FL 32896-5061
27092083      EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/JC PENNEY DC,    PO Box 965007,
               Orlando, FL 32896-5007
27092084      EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/JC Penneys,    PO Box  965036,
               Orlando, FL 32896-5036
27092086     +EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/SYNC Bank Sports,    C/O P.O. Box 965036,
               Orlando, FL 32896-0001
27092087      EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/SYNCHONY HOME,    PO Box 965036,
               Orlando, FL 32896-5036
27092088      EDI: RMSC.COM Sep 22 2018 04:33:00      SYNCB/WALMART,    PO Box 965024,    Orlando, FL 32896-5024
27092081     +EDI: SEARS.COM Sep 22 2018 04:33:00      Sears/CBNA,    P.O. BOX 6282,
               Sioux Falls, SD 57117-6282
27092090     +EDI: WTRRNBANK.COM Sep 22 2018 04:33:00      Target NB,    Attn:Bankruptcy Dept.,    PO Box 673,
               Minneapolis, MN 55440-0673
                                                                                              TOTAL: 27
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: kcollopyn           Page 2 of 2            Date Rcvd: Sep 21, 2018
                              Form ID: 309A             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Guadalupe  Rojas davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Norman B Newman    nnewman@muchshelist.com, nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```