**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Netra M Henderson** | Social Security number or ITIN **xxx–xx–6955** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7**  **9/19/18** |
| Case number: | **18–26416** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Netra M Henderson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17933 Ravisloe Terrace<br>Country Club Hills, IL 60478 | |
| 4. | **Debtor's attorney**<br>Name and address | Frank G. Cortese<br>The Cortese Law Offices, P.C.<br>22 West Washington Street<br>Suite 1500<br>Chicago, IL 60602 | Contact phone (312) 269–9475<br>Email: CorteseLaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654 | Contact phone 312–222–9350<br>Email: csteege@jenner.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 9/20/18 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2018 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/17/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 18-26416-CAD
Netra M Henderson                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: moneal                Page 1 of 2             Date Rcvd: Sep 20, 2018
                              Form ID: 309A               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Netra M Henderson,    17933 Ravisloe Terrace,    Country Club Hills, IL 60478-5157
27090102        Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
27090103       +Automotive Credit Corp,    26261 Evergreen Rd Ste 3,    Southfield, MI 48076-4447
27090106       +City of Chicago Heights,    1601 Chicago Rd.,    Chicago Heights, IL 60411-3487
27090107       +Comcast Corporation,    1 Comcast Center,    Philadelphia, PA 19103-2899
27090118       +East Lake Management,    c/o Michael Pardys, Esq.,    1300 W. Belmont Ave., SUite 205,
                 Chicago, IL 60657-3240
27090119       +Edc/pangea Real Estate,    640 N Lasalle, Suite 638,    Chicago, IL 60654-2656
27090120       +Eldridge & Eldrige Dental Group,    1944 Ridge Rd.,    Homewood, IL 60430-1730
27090123       +Fifth Third Bancorp,    38 Fountain Sq. Plaza,    Fifth Third Center,   Cincinnati, OH 45263-0001
27090124       +First Midwest Bank,    8501 W. Higgins Rd., Suite 1,    Chicago, IL 60631-2807
27090126      ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
                 (address filed with court: Guaranty Bank,     P.O. Box 240200,   Milwaukee, WI 53223)
27090127       +Hertg Accpt,   1420 S Michigan,    South Bend, IN 46613-2214
27090128       +Honor Fin,   1731 Central,    Evanston, IL 60201-1507
27090129       +Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
27090131       +Keith S. Shindler, Esq.,    1990E Algonquin Rd. Suite 180,    Schaumburg, IL 60173-4164
27090137       +PNC, Inc.,   1 PNC Plaza,    249 5th Ave.,   Pittsburgh, PA 15222-2707
27090136       +Peoples Engy,    200 East Randolph,    Chicago, IL 60601-6302
27090138       +Rent A Center, Inc.,    Gara Hermanek, PC,    8 W Monroe Street, Suite 809,
                 Chicago, IL 60603-2449
27090139       +Simplybe,    777 S. State Rd. 7,    Pompano Beach, FL 33068-2803
27090140       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
27090141      ++TCF NATIONAL BANK,    1405 XENIUM LANE,    MC OPS-SD-G,    PLYMOUTH MN 55441-4402
                 (address filed with court: TCF National Bank,     801 Marquette Ave.,   Minneapolis, MN 55402)
27090142       +Tri St Adjt,   3439 East Ave So.,    La Crosse, WI 54601-7241
27090143        Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
27090145       +Village of Park Forest,    350 Victory Drive,    Park Forest, IL 60466-2068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: CorteseLaw@gmail.com Sep 21 2018 01:15:27      Frank G. Cortese,
                 The Cortese Law Offices, P.C.,    22 West Washington Street,    Suite 1500,   Chicago, IL  60602
tr             +EDI: QCLSTEEGE.COM Sep 21 2018 05:03:00      Catherine L. Steege, ESQ,    Jenner & Block,
                 353 N. Clark Street,    Chicago, IL 60654-5474
27090101       +E-mail/Text: cashnotices@gmail.com Sep 21 2018 01:17:26       Americash,   103 North Wells Ave.,
                 Chicago, IL 60606-1801
27090104       +EDI: BANKAMER2.COM Sep 21 2018 04:58:00      Bank of America Corporation,    100 N. Tryon Street,
                 Charlotte, NC 28255-0001
27090105       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Boscov's,    PO Box 659622,   San Antonio, TX 78265-9622
27090108       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Sep 21 2018 01:17:24       ComEd,   PO Box 6111,
                 Carol Stream, IL 60197-6111
27090109       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
27090110       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Comenitybank/wayfair,    Po Box 182789,
                 Columbus, OH 43218-2789
27090111       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Comenitycb/boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
27090112       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Comenitycb/overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
27090113       +EDI: WFNNB.COM Sep 21 2018 04:58:00      Comenitycb/simplybe,    Po Box 182120,
                 Columbus, OH 43218-2120
27090114       +EDI: CONVERGENT.COM Sep 21 2018 05:03:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
27090115       +EDI: RCSFNBMARIN.COM Sep 21 2018 04:58:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
27090116        EDI: RCSDELL.COM Sep 21 2018 05:03:00      Dell Financial Services,    PO Box 6403,
                 Carol Stream, IL 60197
27090117       +E-mail/Text: electronicbkydocs@nelnet.net Sep 21 2018 01:16:38       Dept Of Education/neln,
                 3015 Parker Rd,   Aurora, CO 80014-2904
27090121       +E-mail/Text: bknotice@ercbpo.com Sep 21 2018 01:16:40       Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
27090122       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Sep 21 2018 01:23:11       Exeter Finance Llc,
                 Po Box 166097,   Irving, TX 75016-6097
27090125       +EDI: CBS7AVE Sep 21 2018 05:03:00      Ginny's,    1112 7th Ave.,   Monroe, WI 53566-1364
27090130       +EDI: CHASE.COM Sep 21 2018 05:08:00      JPMorgan Chase & Co.,    270 Park Ave.,
                 New York, NY 10017-2014
27090132       +EDI: CBSKOHLS.COM Sep 21 2018 04:58:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
27090133       +EDI: RESURGENT.COM Sep 21 2018 05:08:00      Lvnv Funding Llc,    Po Box 1269,
                 Greenville, SC 29602-1269
27090135       +E-mail/Text: bankrup@aglresources.com Sep 21 2018 01:15:42       NICOR Gas,
                 Attn: Bankruptcy Dept.,    PO Box 190,   Aurora, IL 60507-0190
27090134       +EDI: NFCU.COM Sep 21 2018 05:08:00      Navy Federal Cr Union,    Po Box 3700,
                 Merrifield, VA 22119-3700
```

```
District/off: 0752-1           User: moneal                Page 2 of 2                  Date Rcvd: Sep 20, 2018
                               Form ID: 309A               Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
27090144        EDI: USBANKARS.COM Sep 21 2018 05:03:00      US Bank,   800 Nicollet Mall,
                Minneapolis, MN 55402
                                                                                             TOTAL: 24

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
```
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Frank G. Cortese    on behalf of Debtor 1 Netra M Henderson CorteseLaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```